

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00409-CV

Ravinderan Krishnan, M.D. and Ravinderan Krishnan, M.D., P.A.
d/b/a The Eye Institute of Corpus Christi
v.
Christopher Majka, M.D.

On Appeal from the
County Court at Law No. 2 of Nueces County, Texas
Trial Court Cause No. 2015-CCV-62214-2

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part, vacated and dismissed in part, and affirmed in part. The Court orders the judgment of the trial court REVERSED AND RENDERED IN PART, VACATED AND DISMISSED IN PART, and AFFIRMED IN PART. Each party shall bear their own costs relating to this appeal, including the surety, SureTec Insurance Company, as surety on the supersedeas bond.

We further order this decision certified below for observance.

April 21, 2022